# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1497
Lower Tribunal No. F95-32184
_____

**Melvin Sutton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Whidden Johnson, P.L., and Wade M. Whidden and Karen A. Johnson (Tampa), for appellant.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken, Assistant Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. Abbott v. State, 958 So. 2d 1140, 1142 (Fla. 4th DCA 2007) ("[T]he determination of whether fundamental error occurred in such cases requires that the instructions be examined in the context of the other jury instructions, the attorneys' arguments, and the evidence in the case.") (citations omitted).